**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

Direct Dial (973) 315-4526

December 15, 2008

**VIA ECF**
Hon. Mary L. Cooper
United States District Court for the
 District of New Jersey
Clarkson S. Fisher Federal Building and
 United States Courthouse
402 E. State Street, Room 5000
Trenton, NJ  08608

Re:   Sepracor Inc. and University of Massachusetts v. Dr.
      Reddy's Laboratories, et al. Civil No. 07-cv-5001-MLC-TJB

Dear Judge Cooper:

We are counsel to Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("DRL") in the above-referenced action. On behalf of DRL, Sepracor, Inc. and University of Massachusetts we enclose a proposed Stipulation and Order that will resolve the action between DRL, Sepracor, Inc. and University of Massachusetts.

If the proposed Stipulation and Order meets with your approval, we ask that you enter your "So Ordered" and forward it to the Clerk's Office for filing. We thank the Court for its assistance and cooperation.

Respectfully submitted,

s/ Maurice N. Ross

Maurice N. Ross

698416

Enclosure